# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BLONG X., | Case No. 26-cv-407 (LMP/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

---

**IT IS HEREBY ORDERED** that:

1.     Respondents are directed to file an answer to Petitioner Blong X.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before Monday, January 26, 2026, certifying the true cause and proper duration of Blong X.'s confinement and showing cause why the writ should not issue in this case;

2.     Respondents' answer must include:

     a.     Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Blong X.'s detention in light of the issues raised in his Petition;

b.  A reasoned memorandum of law and fact explaining Respondents' legal position on Blong X.'s claims; and

c.  Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.  Blong X. is directed to file a reply to Respondents' answer on or before Monday, February 2, 2026;

4.  No further submissions from either party will be permitted except as authorized by Court order;

5.  Respondents are **ENJOINED** from moving Blong X. outside of the District of Minnesota during the pendency of these proceedings so that Blong X. may consult with his counsel and participate in this litigation while the Court is considering his Petition; and

6.  If Blong X. has been removed from Minnesota, Respondents are **ORDERED** to immediately return Blong X. to Minnesota.

Dated: January 17, 2026                    *s/ Laura M. Provinzino*
Time: 7:12 p.m.                            Laura M. Provinzino
                                           United States District Judge