UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BLONG X., | Case No. 26-cv-407 (LMP/DJF) |
| Petitioner, | |
| v. | **SECOND ORDER TO SHOW CAUSE** |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

The Court has reviewed the Petition for Writ of Habeas Corpus (ECF No. 1), the Government's Response (ECF No. 5), the Declaration of Deportation Officer William J. Robinson (ECF No. 6), and the Petitioner's Traverse (ECF No. 7). In doing so, the Court has identified discrepancies and inconsistencies between representations made by the parties and the facts in the limited record. To that end, just as it did in *Va V. v. Bondi et al.*, 25-cv-2836 (LMP/JFD) (ECF No. 13), the Court is seeking additional information and briefing from the parties necessary to rule on the pending petition.

**IT IS HEREBY ORDERED** that:

1. No later than February 9, 2026, Respondents are directed to file exhibits, declarations, or other evidence relating to the following topics:

    a.    Whether Respondents provided Blong X. with notice of the reasons for revoking his order of supervision and an interview that afforded him an opportunity to respond to the stated reasons. *See* 8 C.F.R. § 241.13(i)(3).

    b.    What efforts Respondents have taken to procure a travel document from Laos for Blong X., including relevant dates of such steps.

    c.    An individualized assessment of the likelihood that Petitioner will be removed to Laos given that Blong X. was not born in Laos and may not have ever been there.

    d.    Any communications that the United States Government has had with the Government of Laos regarding the present request for a travel document for Blong X.

    e.    The number of requests made in 2025 and 2026 by ERO St. Paul to the Government of Laos for travel documents for noncitizens with orders of removal and the rate of success in procuring such documents.

    f.    The length of time it has taken to receive travel documents for Laotians after they were requested.

2.    With this evidence, Respondents may file a brief of no more than 7 pages explaining why this evidence, along with the evidence previously submitted by Respondents, demonstrates changed circumstances creating a significant likelihood that

Petitioner will be removed in the reasonably foreseeable future. *See* 8 C.F.R. § 241.13(i)(2).

3. No later than February 16, 2026, Petitioner may respond to Respondents' brief and evidence with any other relevant exhibits, declarations, or evidence, along with a brief of no more than 7 pages.

4. No further briefing or evidence will be taken in this matter after February 16, 2026. This matter will be taken under advisement on the papers.

Dated: February 2, 2026        *s/ Laura M. Provinzino*
                               Laura M. Provinzino
                               United States District Judge