# UNITED STATES DISTRICT COURT
## District of Minnesota

Blong Xiong

Petitioner,

v.

Kim Noem, Department of Homeland Security, Tood M. Lyons, Immigration and Customs Enforcement, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00407 LMP/DJF**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Blong X.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED.
2. The Government is ORDERED to release Blong X. from custody by no later than 12:00 p.m. on Tuesday, February 17, 2026, subject to and in accordance with the conditions in his preexisting Order of Supervision.
3. No later than 12:00 p.m. on February 18, 2026, the Government shall provide the Court with a status update concerning Blong X.'s release.

Date: 2/13/2026

KATE M. FOGARTY, CLERK